COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



SECOND ORDER OF ABATEMENT

Appellate case name:        Ex parte Alan Nelson Crotts

Appellate case number:      01-21-00239-CR

Trial court case number:     13-CCR-165781

Trial court:                  County Court at Law No. 3 of Fort Bend County

Appellant, Alan Nelson Crotts, has a filed a notice of appeal of the trial court's April 13, 2021 order denying his second application for writ of habeas corpus.

On June 10, 2021, we abated the appeal and remanded the case to the trial court for the trial court to enter written findings of fact and conclusions of law related to its denial of appellant's second application for a writ of habeas corpus. *See* TEX. CODE CRIM. PROC. ANN. art. 11.072, § 7(a) ("If the court determines from the face of the application or documents attached to the application that the applicant is manifestly entitled to no relief, the court shall enter a written order denying the application as frivolous. In any other case, the trial court shall enter a written order including findings of fact and conclusions of law."). We also directed the trial court to execute a certification of appellant's right to appeal that complied with Texas Rule of Appellate Procedure 25.2(d) and indicated whether appellant had the right to appeal from the trial court's April 13, 2021 order denying his second application for writ of habeas corpus. *See* TEX. R. APP. P. 25.2(a)(2), (d), 37.1.

On July 7, 2021, the trial court clerk filed a supplemental clerk's record that included the trial court's written findings of fact and conclusions of law related to its denial of appellant's second application for a writ of habeas corpus. The supplemental clerk's record *did not* include a certification of appellant's right to appeal the trial court's April 13, 2021 order denying appellant's second application for writ of habeas corpus.

Accordingly, we direct the trial court to execute a certification of appellant's right to appeal that complies with Texas Rule of Appellate Procedure 25.2(d) and indicates whether appellant has the right to appeal from the trial court's April 13, 2021 order denying his second application for writ of habeas corpus. *See* TEX. R. APP. P. 25.2(a)(2), (d), 37.1.

The trial court clerk is directed to file a supplemental clerk's record containing the certification of appellant's right of appeal from the order denying his second application for writ of habeas corpus with this Court **no later than 30 days from the date of this order**. *See* TEX. R. APP. P. 34.5(c)(2).

The appeal remains abated, treated as a closed case, and removed from this Court's active

docket. The appeal will be reinstated on this Court's active docket when the supplemental clerk's record is filed with the Clerk of this Court.

It is so ORDERED.


Judge's signature:    _____/s/ Julie Countiss_____
                              ☑  Acting individually    ☐  Acting for the Court

Date:  July 13, 2021